United States District Court
Northern District of California

1
2
3
4
5
6
7

8   UNITED STATES DISTRICT COURT
9   NORTHERN DISTRICT OF CALIFORNIA

10

11  O'NIEL WILLIAMS,
          Plaintiff,
                                            Case No.  13-3464 WHO (PR)
12
13        v.                                **JUDGMENT**

14  JOHN DOE,
15        Defendant.
16
17

18   The action having been dismissed without prejudice, judgment is hereby entered in
19  favor of defendant. Plaintiff shall take nothing by way of this action.
20   **IT IS SO ORDERED.**
21  **Dated:** September 4, 2013



WILLIAM H. ORRICK
United States District Judge

22
23
24
25
26
27
28