UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

O'NIEL WILLIAMS,

    Plaintiff,

v.

JOHN DOE,

    Defendant.

Case No. 13-3464 WHO (PR)

**JUDGMENT**

The action having been dismissed without prejudice, judgment is hereby entered in favor of defendant. Plaintiff shall take nothing by way of this action.

**IT IS SO ORDERED.**

**Dated:** September 4, 2013

    WILLIAM H. ORRICK
    United States District Judge