UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

O'NIEL WILLIAMS,

    Plaintiff,

v.

JOHN DOE,

    Defendant.

Case No.  13-3464 WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff has failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $350.00. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b).  Because this dismissal is without prejudice, plaintiff may move to reopen the action.  Any such motion must contain (1) a complete IFP application, or (2) the full filing fee of $350.00.  The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:**  September 4, 2013



WILLIAM H. ORRICK
United States District Judge